| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA, §
　　　　　　　　　　　　　　 §
　　　　　　Plaintiff, §
　　　　　　　　　　　　　　 §
*versus* § CIVIL ACTION NO. 1:07-CV-851
　　　　　　　　　　　　　　 §
0.707 ACRES OF LAND, §
MORE OR LESS, SITUATED IN §
NEWTON COUNTY, TEXAS, §
THE ESTATE OF TAYLOR §
HAWTHORNE, §
DIANE EDMONSON, §
JEAN HARTSVILLE, §
ANGELA HARTSVILLE, and §
LORI HARTSVILLE, §
　　　　　　　　　　　　　　 §
　　　　　　Defendants. §

# MEMORANDUM ORDER
## ADOPTING FINDINGS OF FACT AND REPORT AND RECOMMENDATION

The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration of pretrial matters. On September 16, 2010, Judge Giblin issued his findings of fact and recommendation regarding the entry of judgment in this condemnation proceeding.

No party has objected to the magistrate judge's findings and recommendation. The Court **ORDERS** that the findings of fact and report and recommendation (#23) are **ADOPTED** and incorporated in support of final judgment, which the Court will enter separately.

SIGNED at Beaumont, Texas, this 19th day of October, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE